**In the Interest of B.C.S and A.M.C., Children.**

**No. 05–12–01505–CV.**

Court of Appeals of Texas, Dallas.

Feb. 28, 2013.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

By letter dated November 7, 2012, the Court informed appellant that the required $175 filing fee was past due. We instructed appellant to pay the fee within ten days of the date of the letter and cautioned him that failure to do so would result in dismissal of his appeal without further notice. *See* TEX.R.APP. P. 42.3(b).

As of today's date, appellant has not paid the filing fee. Accordingly, we dismiss the appeal. *See* TEX.R. APP. P. 42.3(b).